UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BOYER NEWTON,

      Plaintiff,                        CASE NO.

v.

GC SERVICES, LP,

      Defendant.

_____/

### PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, BOYER NEWTON ("Plaintiff"), by and through the undersigned attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, GC SERVICES, LP, ("Defendant"), alleges and affirmatively states as follows:

### INTRODUCTION

1.     Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2.     Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3.     Because Defendant conducts business in the State of Florida, personal jurisdiction is established.

4.     Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

### PARTIES

5.     Plaintiff is a natural person who resides in Tampa, Hillsborough County, Florida

and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

6.     Plaintiff is informed, believes, and thereon alleges, that Defendant is a national company with a business office in Houston, Texas.

7.     Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

8.     Plaintiff is informed, believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

9.     Defendant places collection calls to Plaintiff seeking and demanding payment of an alleged debt regarding a Sallie Mae student loan.

10.     Defendant started placing calls to Plaintiff approximately 3 months ago.

11.     Defendant calls Plaintiff two (2) to three (3) times a week at his place of employment.

12.     Plaintiff has repeatedly informed Defendant that he is not allowed to receive personal telephone calls at work and requested that Defendant stop calling.

13.     Despite Plaintiff's requests, Defendant continue to call Plaintiff at his place of employment.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

14.     Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

a) Defendant violated §1692c(a)(1) of the FDCPA by contacting Plaintiff at a time and place known to be inconvenient.

b) Defendant violated §1692c(a)(3) of the FDCPA by contacting Plaintiff at his place of employment after Defendant was informed that Plaintiff could not receive personal calls at work.

c) Defendant violated §1692d of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff;

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

15. Statutory damages of $1,000.00 pursuant to the FDCPA, 15 U.S.C. 1692k;

16. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k; and

17. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

By: _Shireen Hormozdi_
Shireen Hormozdi
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Phone: (323) 988-2400 ext. 267
Fax:    (866) 802-0021
Attorney for Plaintiff
FBN: 0882461

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, BOYER NEWTON, hereby demands trial by jury in this action.

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL                3

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA)
COUNTY OF HILLSBOROUGH)

Plaintiff, BOYER NEWTON, says as follows:

1.  I am a Plaintiff in this civil proceeding.

2.  I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3.  I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4.  I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5.  I have filed this Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. § 1746(2), I, BOYER NEWTON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 7/29/11

BOYER NEWTON
Plaintiff

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL                    4