UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BOYER NEWTON,

    Plaintiff,                                     CASE NO. 8:11-cv-01801-JSM-EAJ

    v.

GC SERVICES, LP,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, BOYER NEWTON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                      RESPECTFULLY SUBMITTED,

                                      By:  /s/ Shireen Hormozdi
                                              Shireen Hormozdi
                                              Krohn & Moss, Ltd
                                              10474 Santa Monica Blvd., Suite 401
                                              Los Angeles, CA 90025
                                              Phone:  (323) 988-2400 ext. 267
                                              Fax:    (866) 802-0021
                                              Attorney for Plaintiff
                                              FBN: 0882461

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to the Attorney for Defendant, by way of email at brad.batig@gcserv.com.

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff